## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13-cv-00884-JAR |
| | ) |
| JOSEPH L. BURNS, ET AL., | ) |
| | ) |
| Defendants. | ) |

### FINAL STIPULATED PERMANENT INJUNCTION ORDER
### AGAINST JOSEPH THOMAS AND INTERNATIONAL TAX SERVICE, INC.

The United States has filed a complaint for permanent injunction against Joseph Burns, Joseph Thomas, and International Tax Service, Inc., seeking to permanently bar them from preparing and filing federal tax returns for others. The United States, Joseph Thomas (hereinafter "Thomas"), and International Tax Service, Inc. (hereinafter "ITS"), stipulate to the entry of this final permanent injunction order against Thomas and ITS as follows:

1. Thomas and ITS understand that this Final Stipulated Permanent Injunction Order constitutes the final judgment in this matter, and waive any and all rights to appeal from this judgment. The United States, Thomas, and ITS waive the entry of findings of fact and conclusions of law under Fed.R.Civ.P. 52, and agree to bear their respective costs, including any attorneys' fees or other expenses of this matter.

2. Thomas and ITS consent to the entry of this Final Stipulated Permanent Injunction Order under 26 U.S.C. (I.R.C.) §§ 7402(a), 7407, and 7408 without further notice and agree to be bound by its terms.

3. Thomas and ITS understand and agree that the Court has jurisdiction over this matter for the purposes of implementing and enforcing this Order, and understand that if they violate its terms, they may be found in civil or criminal contempt of court.

4. The United States, Thomas, and ITS agree that entry of this Final Stipulated Permanent Injunction Order resolves only this civil injunction action, and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings against Thomas or ITS, nor precludes Thomas or ITS from contesting their liability in any matter or proceeding.

Accordingly, it is hereby Stipulated, Agreed and Ordered:

A. The Court has jurisdiction under 28 U.S.C. §§ 1340 and 1345 and I.R.C. § 7402(a).

B. Joseph Thomas and International Tax Service, Inc., have voluntarily consented to the entry of this permanent injunction and agree to be bound by its terms.

C. Pursuant to I.R.C. §§ 7402(a), 7407, and 7408, Joseph Thomas, individually and doing business as any entity, and International Tax Service, Inc., and any of their officers, agents, servants, employees, attorneys and all persons in active concert or participation with them, are PERMANENTLY ENJOINED from, directly or indirectly:

(1) Acting as a federal tax return preparer or assisting in the preparation or filing of federal tax returns, amended returns, or other related tax documents or forms for other persons;

(2) Owning, managing, supervising, profiting from or otherwise being involved in any tax return preparation business in any way;

2

    (3)    Counseling, advising, instructing, encouraging, enabling, or inciting anyone to evade or avoid assessment or collection of federal taxes or to improperly claim tax refunds;

    (4)    Engaging in any other conduct subject to penalty under I.R.C. §§ 6694, 6695, 6701, or any other penalty provision in the I.R.C.;

    (5)    Otherwise engaging in any conduct that substantially interferes with the proper administration and enforcement of the Internal Revenue laws; and

    (6)    Misrepresenting any terms of this Final Stipulated Permanent Injunction Order.

D. Within 30 days of this Order, Joseph Thomas and ITS shall provide a copy of this Order to all of their employees and/or independent contractors. Within 35 days of the date of this Order, Thomas shall provide counsel for the United States a list of individuals to whom they provided such a copy.

E. Within 30 days of this Order, Joseph Thomas shall provide to counsel for the United States a list of all customers, including their names, addresses, telephone numbers, and social security numbers, for whom he or ITS has prepared a federal tax return since January 1, 2010.

F. Within 35 days of the date of this Order, Joseph Thomas shall file with the Court a certification signed under penalty of perjury that he has complied with paragraphs D and E of this Order.

G. The United States of America is permitted to engage in discovery after the entry of this Final Stipulated Permanent Injunction Order to ensure compliance with its terms.

H. This Court shall retain jurisdiction over this action for purposes of implementing and enforcing this Final Stipulated Permanent Injunction and Order.

I. The parties shall bear their own costs associated with this matter.

The foregoing FINAL STIPULATED PERMANENT INJUNCTION ORDER is hereby APPROVED, SO-ORDERED, ADJUDGED, and DECREED,

this 21 day of November, 2013.

The Clerk of the Court shall enter this final judgment of permanent injunction against Joseph Thomas and International Tax Service, Inc., forthwith because there is no just reason for delay.

JOHN A. ROSS
United States District Judge

Agreed to and submitted by:

KATHRYN KENEALLY
Assistant Attorney General

MARK C. MILTON
Missouri Bar No. 63101
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2904
Fax: (202) 514-6770
Email: mark.c.milton@usdoj.gov
*Attorneys for the United States of America*

BURTON H. SHOSTAK
MB# 17443, ED# 4359
Shostak Law, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Tel: (314) 725-3200
Fax: (314) 725-3275
Email: bshostak@shostaklawfirm.com
*Attorney for Joseph Thomas and International Tax Service, Inc.*

JOSEPH THOMAS
*Defendant*
*Individually and on behalf of International Tax Service, Inc.*

4