UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13-CV-884-JAR |
| JOSEPH L. BURNS, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

The Court is in receipt of the United States' Statement Regarding Administrative Closure advising that it does not object to administrative closure of this case provided the Court retain jurisdiction should further enforcement of the final stipulated permanent injunction and order become necessary. (Doc. No. 36)

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively close the above-captioned case.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this action for purposes of enforcing the final stipulated permanent injunction and order.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of August, 2014.